UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 5:21-cr-76 |
| | ) | |
| MICHAEL GONZALEZ, | ) | |
| Defendant. | ) | |

**MOTION FOR ISSUANCE OF SUMMONS AND HEARING FOR DEFENDANT TO SHOW CAUSE WHY CONDITIONS OF RELEASE SHOULD NOT BE REVOKED**

The United States of America, by and through its attorney, Nikolas P. Kerest, United States Attorney for the District of Vermont, respectfully moves the Court, pursuant to 18 U.S.C. § 3148, to issue a summons and schedule a hearing at which defendant Michael Gonzalez should show cause why his conditions of release should not be revoked.

The defendant is charged by indictment with five counts of sale or receipt of stolen vehicles in connection with five Tesla vehicles. (Dkt. No. 1.) On August 27, 2021, Gonzalez was arrested and, after initial proceedings, pleaded not guilty to the charges. (Dkt. No. 7.) On August 31, 2021, after a detention hearing, Gonzalez was released on conditions. (Dkt. No. 16.)

The Court imposed conditions of release. (Dkt. No. 17.) The conditions of supervision included that the defendant refrain from the use or unlawful possession of a narcotic drug or other controlled substance, as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. (Dkt. No. 17, Condition 7(m).) Based upon information received from U.S. Probation Officer (PO) Alisha Waite on March 10, 2022, the defendant has violated his conditions of release. As described in PO Waite's Violation Report, in March 2022, the

defendant admitted using cocaine, claiming he put cocaine in his water bottle to help him stay awake.

The information presented by PO Waite constitutes clear and convincing evidence that the defendant has violated conditions of his pretrial release, and that the defendant is unlikely to abide by conditions of release. Pursuant to Title 18, United States Code, Section 3148, the United States asserts that the defendant is subject to revocation of the Court's release order. Accordingly, the government requests that the Court issue a summons and schedule a hearing at which the defendant should show cause why his conditions of release should not be revoked.

Dated at Burlington, in the District of Vermont, this 18th day of March, 2022.

Respectfully submitted,

UNITED STATES OF AMERICA

CHRISTINA E. NOLAN
United States Attorney

By: /s/ *John J. Boscia*
JOHN J. BOSCIA
Assistant U.S. Attorney
P.O. Box 570
Burlington, VT 05402
(802) 951-6725
John.j.boscia@usdoj.gov